## SUBCONTRACTOR AGREEMENT

This Agreement, as negotiated herein, is entered into by and between ___Denis Durietz___,
"Subcontractor" and Kinetic Renovations, LLC, "Contractor" and is made effective this21st day of _February_
, 20_22_.

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged,
Subcontractor and the Contractor hereby agree as follows:

### Article 1. Statement of Work:

From time to time, Subcontractor may perform certain contract work in accordance with various contract
documents and specifications and/or furnish labor, materials, supplies and goods to Contractor. In addition to
the terms and conditions negotiated by the parties for particular projects, Contractor and Subcontractor hereby
agree that the terms and conditions of this Subcontractor Agreement (the "Agreement") shall apply whenever
Subcontractor provides services to Contractor. At all times Subcontractor shall be employed as an independent
contractor, never an employee of Contractor's, and shall provide and furnish all labor, materials, tools, supplies,
equipment, services, facilities, supervision and administration necessary for the proper and complete
performance and acceptance of the following portions of the work, hereinafter the "Subcontractor Work", for any
project, together with such other portions of the drawings, specifications and addendum as related thereto.

### Article 2. Subcontractor Price

In consideration of Subcontractor's performance of this Subcontract, and at times and subject to the terms and
conditions set forth between the parties, Contractor shall pay Subcontractor a rate set by Contractor and will be
paid once Contractor is paid by the customer for each job performed. Said rate is dependent upon the job and
conditions set forth between the parties. If the conditions are not met, the rate may be modified accordingly.

### Article 3. Insurance:

The Subcontractor, at its own expense, shall obtain and maintain in full force and effect, without interruption
during the term of the Agreement, the following minimum levels of insurance:

A. Workers' Compensation insurance covering the legal liability of the Contractor and its Subcontractors under
the applicable workers' compensation or occupational disease laws for claims for personal injuries and death
resulting there from to the Contractor and its Subcontractor's employees. The Subcontractor shall also obtain a
minimum of $500,000 of Employers' Liability insurance. Certificates of insurance must include a waiver of
subrogation in favor of Contractor.

B. Commercial General Liability insurance covering the legal liability (including liability assumed contractually,
whether incidental or not) of the Subcontractor who may be engaged in the services, for claims for personal
injuries (including death) and property damage resulting there from arising out of the services to be performed by
the Subcontractor, in an amount not less than $500,000 for any one occurrence, $1,000,000 general aggregate
(subject to a per project general aggregate provision), $1,000,000 Products/Completed Operations aggregate
limit. Commercial General Liability insurance shall be obtained and shall include broad form contractual liability
coverage, products/completed operations, cross liability, severability of interest and broad form property damage
(if required), and Contractor as well as its directors, officers and employees shall be named as an additional
insured on such Commercial General Liability policy regarding liability arising out of operations performed under
this Agreement. Form CG 20 10 07 04 and CG 20 37 07 04 must be shown on the certificate of insurance or its
equivalent.

C. Automobile Liability insurance covering the legal liability (including liability assumed contractually, whether
incidental or not) of the Subcontractor who may be engaged in the services, for claims for personal injuries and
death resulting there from and for property belonging to other than the Subcontractor caused by highway
licensed vehicles of or used by the Subcontractor in an amount not less than: (i) $500,000 for any one person;
(ii) $500,000 for bodily injury for any one occurrence; and (iii) $500,000 for property damage for any one
occurrence. Automobile Liability insurance shall provide coverage for owned, hired or non-owned automobile or
other automotive equipment and Contractor shall be named as an additional insured on such policy.

The Subcontractor's insurance coverage shall be primary insurance as respects work on this project for Contractor, its directors, officers, and employees. Any insurance or self-insurance maintained by Contractor shall be excess of the Subcontractor's insurance. The Subcontractor, in its agreements with subcontractors, shall require subcontractors to obtain insurance meeting the minimum limits and incorporating the contractual requirements that are prescribed by this Section. The Subcontractor hereby waives and relinquishes any right of subrogation against Contractor and its agents, representatives, employees, and affiliates they might possess for any policy of insurance provided under this Section or under any State or Federal Workers' Compensation or Employer's Liability Act. Subcontractor shall require its insurer to notify Contractor thirty (30) days prior to the effective date of any cancellation or material change in any of the required policies. To the extent that the Subcontractor utilizes deductibles in conjunction with the insurance required by this Agreement, all deductible expenses will be assumed by the Subcontractor. Insurance shall be placed with insurers with a Best rating of not less than A-.

**Article 4. Indemnification and Arbitration:**

The work performed by the Subcontractor shall be at the risk of the Subcontractor exclusively. Subcontractor hereby indemnifies and holds Contractor, its parent and affiliates and their respective officers, directors, employees and agents, harmless from and against any and all claims, actions, losses, judgments, or expenses, including reasonable attorneys fees, arising from or in any way connected with the work performed, materials furnished, or services provided to Contractor during the term of this Agreement.

Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be settled by binding arbitration and judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof. The prevailing party in any arbitration concerning this Agreement shall be entitled to reasonable attorneys' fees.

**Article 5. Warranty:**

Subcontractor warrants its work for a period of one (1) year against all defects in materials or workmanship.

**Article 6. Miscellaneous:**

This Agreement shall only be amended or modified by written documentation executed by authorized representatives of Contractor and Subcontractor. This Agreement supersedes all prior representations made by Contractor.

Titles, captions or headings to any provision, article, etc., shall not limit the full contents of the same. These articles have the full force and effect as if no titles existed. If any term or provision of this Agreement is determined to be invalid, it shall not affect the validity and enforcement of the remaining terms and provisions of this Agreement. This contract shall be binding upon and inure to the benefit of the respective successors, assigns, representatives, and heirs of the parties herein.

This Agreement shall be in full force and effect from the date of signing unless canceled in writing by either party with thirty (30) days' written notice. The cancellation of this Agreement shall not negate any term or condition, such as the indemnity or insurance requirements.

This Agreement is governed by the laws of the State of Ohio.

SUBCONTRACTOR

Company: _____
By: _Denis Durietz_____
Title: Self
Date: ___02/21/2022_____

CONTRACTOR

Company: _Kinetic Renovations LLC_
By: _Mark Ernst_____
Title: _Managing Member_____
Date: _02/21/2022_____





Seq: 35
Batch: 913381
Date: 06/13/22

View front



**Details**　　**Image 1**

**KINETIC RENOVATIONS LLC**
2299 JASPER RD
XENIA, OH  45385

**KEMBA FINANCIAL CREDIT UNION**
WWW.KEMBA.ORG

3770

6/13/2022

PAY TO THE
ORDER OF  Denis Durietz                                    $8,500 00

Eight thousand five Hundred Dollars                        DOLLARS

MEMO

**View back**







View front